**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRACY WOODRUFF and ELIZABETH WOODRUFF, <br><br> Petitioners, <br><br> v. <br><br> CHESAPEAKE APPALACHIA, LLC, CHESAPEAKE ENERGY CORPORATION, and NOMAC DRILLING, LLC, <br><br> Respondents. | CIVIL ACTION NO. 3:13-mc-510 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 25th day of November, 2013, **IT IS HEREBY ORDERED** that Petitioners Tracy Woodruff and Elizabeth Woodruff are given leave to file an amended complaint within twenty-one (21) days from the date of entry of this order. If the Petitioners fail to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge